

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00423-CR

## EX PARTE LOWELL QUINCY GREEN

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-709-C2**

## MEMORANDUM OPINION

Green's petition for writ of habeas corpus filed on December 19, 2017 is dismissed

for want of jurisdiction. *See generally Ex parte Green*, Nos. 10-16-00438-CR, 10-16-00439-

CR, & 10-16-00440-CR, 2017 Tex. App. LEXIS 194 (Tex. App.—Waco Jan. 11, 2017, no pet.)

(mem. op., not designated for publication).


AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed
Opinion delivered and filed January 3, 2018
Do not publish
[CRPM]

